**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7580**

RONNIE A. VAUGHAN,

        Plaintiff – Appellant,

    v.

C.O. WATTS, Augusta Correctional Center,

        Defendant – Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:08-cv-00381-jlk-mfu)

Submitted: January 13, 2009      Decided: January 16, 2009

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronnie A. Vaughan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie A. Vaughan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Vaughan v. Watts, No. 7:08-cv-00381-jlk-mfu (W.D. Va. July 8, 2008). Because the district court's dismissal was Vaughan's third strike under the Prison Litigation Reform Act, 28 U.S.C. § 1915 (2000),[*] Vaughan may not proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] See Vaughan v. Powell, No. 1:03-cv-898 (E.D. Va. January 24, 2005); Vaughan v. Jail Deputies, No. 1:00-cv-364 (E.D. Va. August 8, 2000).